UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. MARIA LA RUSSO, as attorney in fact for A. Matthew
De Lucia,

                                    Plaintiff,

               against

ST. GEORGE'S UNIVERSITY SCHOOL OF MEDICINE,
and John Does 1-5 and Jane Does 1-5 (as employees, agents,
and/or servants of St. George's and/or as independent
contractors),

                             Defendants.

Case No. 12-CV-3093
(Judge Ramos)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that, upon the annexed Declaration of Herman (Hank) L.

Goldsmith (with exhibits), the Declaration of Dickon A. Mitchell, and the accompanying

Memorandum of Law, along with all prior pleadings and proceedings in this case, defendant St.

George's University, Ltd., sued herein as St. George's University School of Medicine, will move

this Court at the Charles L. Brieant Jr. United States District Courthouse for the Southern District

of New York, 300 Quarropas Street, White Plains, New York, in Courtroom 218, for an order: 1)

pursuant to Rules 12(b)(4) and 12(b)(5) of the Federal Rules of Civil Procedure dismissing the

Verified Complaint for insufficient process and insufficient service of process; 2) dismissing the

Verified Complaint on grounds of *forum non conveniens* in favor of Grenada; 3) pursuant to

Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the First, Second and Third

Causes of Action, and striking plaintiff's demands for damages in the form of student loan

reimbursement and punitive damages, with prejudice and without leave to replead; and 4) for

such other and further relief as the Court deems just and proper.

Dated:    New York, New York
             June 22, 2012

PROSKAUER ROSE LLP

By: _____

    Herman (Hank) L. Goldsmith
    Gerald W. Sawczyn
Eleven Times Square
New York, NY  10036-8299
Phone: (212) 969-3000
Fax: (212) 969-2900
*Attorneys for Defendant St. George's
University, Ltd., sued herein as St. George's
University School of Medicine*

TO:

BELDOCK LEVINE & HOFFMAN LLP
Myron Beldock, Esq.
99 Park Avenue
New York, New York 10016
*Attorneys for Plaintiff*

2